UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In the Matter of:  
National Industrial Contractors, Inc.  
    Debtor

Case No:  
04-02909-5-ATS  
Chapter 11

### REPORT ON UNCLAIMED DIVIDENDS

NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

1. Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| National Industrial Contractors, Inc.<br>301 S. Hwy 17<br>Holly Ridge, NC 28445 | $18.20 | 07/13/05 |
| Strickland Radio Service<br>2905 Brunswick Ave.<br>New Bern, NC 28562 | $0.08 | 07/13/05 |
| Waste Industries<br>P.O. Box 5803040<br>Charlotte, NC 28258 | $9.23 | 07/13/05 |
| Advanced Communications<br>2303-A Norwood Ave.<br>Goldsboro, NC 27534 | $1.76 | 07/13/05 |
| All-American Plumbing Co.<br>P.O. Box 1095<br>Coats, NC 27521 | $1.51 | 07/13/05 |
| Aurora Service Center<br>P.O. Box 457<br>Aurora, NC 27806 | $0.30 | 07/13/05 |

| | | |
|---|---|---|
| Casey's Auto Sales<br>23147 NC 33 Hwy E<br>Aurora, NC 27806 | $17.35 | 07/13/05 |
| CDJ Bulk Express Inc.<br>P.O. Box 280335<br>Columbia, SC 29228 | $2.95 | 07/13/05 |
| Country Cupboard<br>3301 Benson Drive, Suite 601<br>Raleigh, NC 27609 | $19.93 | 07/13/05 |
| Culligan Water Systems<br>1981 West 5th Street<br>Washington, NC 27889 | $0.16 | 07/13/05 |
| LeBleu Water<br>3228-B Turnage Road<br>Wilson, NC 27893 | $0.51 | 07/13/05 |
| MB Mowing Service<br>1668 Alligator Loop Road<br>Merritt, NC 28556 | $1.14 | 07/13/05 |
| ML Roberts Automotive<br>P.O. Box 73<br>Plymouth, NC 27962 | $0.52 | 07/13/05 |
| Motion Industries, Inc.<br>2000 Garner Sta Blvd, Ste 2012<br>Raleigh, NC 27603 | $12.31 | 07/13/05 |
| MSC Industrial Supply Co.<br>8203 H Piedmont Traid Pkwy<br>Greensboro, NC 27409 | $11.22 | 07/13/05 |
| New South Supply<br>P.O. Box 56346<br>Atlanta, GA 30343-0346 | $0.11 | 07/13/05 |
| Pamlico Home Builders<br>13646 NC Hwy 55<br>Alliance, NC 28509 | $1.48 | 07/13/05 |

| | | |
|---|---|---|
| Peak Performance<br>P.O. Box 12830<br>New Bern, NC 28561 | $0.37 | 07/13/05 |
| Pro Coat LLC<br>P.O. Box 5864<br>Spartanburg, SC 29304 | $14.06 | 07/13/05 |
| Slipnot Metal Safety<br>2545 Beaufait Street<br>Detriot, MI 48207 | $0.59 | 07/13/05 |
| Southeastern Engineering<br>2700 Wycliff Road, Ste 102<br>Raleigh, NC 27607 | $0.81 | 07/13/05 |
| Wallace Towing<br>3564 Old River Road<br>Greenville, NC 27834 | $0.27 | 07/13/05 |
| Kellam & Pettit, P.A.<br>2701 Coltsgate Rd., Ste 300<br>Charlotte, NC 28211 | $17.21 | 04/10/08 |

2.  The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

Dated: 3/11/10

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
Attorney for the Debtor
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 (facsimile)
N.C. State Bar #4221